IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APRIL HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-974 (MN) |
| | ) | |
| M&T BANK CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 25th day of June 2026:

WHEREAS, on May 29, 2026, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 17) in this action recommending that the Court grant Defendant Seaford Police Department's Motion to Dismiss (D.I. 11); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finds no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendant Seaford Police Department's Motion to Dismiss (D.I. 11) is GRANTED. All claims against Seaford Police Department are DISMISSED.

The Honorable Maryellen Noreika
United States District Judge